UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLEMING INTERMEDIATE HOLDINGS LLC,

                Plaintiff,

-against-

JAMES RIVER GROUP HOLDINGS, LTD. et al.,

                Defendants.

Case No. 1:24-cv-05335 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at yesterday's conference, Plaintiff's motion for a preliminary injunction is GRANTED.

    By September 6, 2024, Defendants shall provide Plaintiff with the outstanding information as listed in Court Exhibit 1 at 4:

1. Materials distributed to James River's Reserve Committee relating to JRG Re in connection with Q1 2024, including, but not limited to, any materials relating to Willis Towers Watson's report of February 20, 2024;

2. Materials distributed to James River's Reserve Committee relating to JRG Re in connection with year-end 2023, including, but not limited to, any materials relating to Ernst & Young's request for an increase in JRG Re's reserves and Willis Towers Watson's reports of December 28, 2023, and February 20, 2024;

3. Materials distributed to James River's Reserve Committee relating to JRG Re in connection with year-end 2022;

4. Any materials relating to the adjustment to JRG RE's reserves made at Ernst & Young's request including, but not limited to, any reports, representations, communications, or other materials provided by Ernst & Young;

5. James River's quarterly actuarial analysis for JRG Re from 2021 through the closing;

6. A meeting between Fleming's business professionals and James River's actuary who prepared its actuarial reports concerning JRG Re; and

7. Contracts, invoices, and proofs of payment relating to certain expenses James River claims to have paid for JRG Re.

Dated: August 30, 2024
      New York, New York

                                         SO ORDERED.

                                         *Jennifer Rochon*
                                         JENNIFER L. ROCHON
                                         United States District Judge