UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEMING INTERMEDIATE HOLDINGS LLC,

                    Plaintiff,

-against-

JAMES RIVER GROUP HOLDINGS, LTD. et al.,

                    Defendant.

Case No. 1:24-cv-05335 JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On October 18, 2024, Plaintiff sought leave to file a redacted copy of its Amended Complaint, Dkt. 38, and to file under seal an unredacted copy of the same, Dkt. 39, on the ground that the Defendants had requested such redactions. Dkt. 37. On October 21, 2024, Defendants filed a letter-motion explaining the need for redactions of certain information in Plaintiff's Amended Complaint. Dkt. 40. Defendants state that, while they do not seek to maintain the majority of redactions in the Amended Complaint, they seek to maintain "limited redactions regarding actuarial techniques employed by James River" at ¶¶ 236 and 631 of the Amended Complaint, and "certain details regarding Ernst & Young's prior reserve analyses," at ¶¶ 249, 262, 287 n.20 and 442 of the Amended Complaint. Dkt. 40 at 1.

    Moreover, Defendants seek additional redactions of "certain limited information regarding reserves for lines of business still part of James River" that Plaintiff did not redact in its Amended Complaint. Dkt. 40 at 2. Defendants state that they contacted Plaintiff's counsel of record inquiring whether they would agree to redact this information, but that Plaintiff has not yet confirmed its position on the requested redactions. Dkt. 40 at 2 n.3.

    Given the above, the Court of Clerk is respectfully requested to temporarily seal the Amended Complaint at Dkt. 38, pending a final determination on Defendants' letter-motion to

1

seal by the Court. Plaintiffs shall provide their position on Defendants' additional requested redactions by October 25, 2024.

Dated: October 22, 2024
       New York, New York

                                          SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge