UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEMING INTERMEDIATE HOLDINGS LLC,<br><br>                  Plaintiff,<br><br>-against-<br><br>JAMES RIVER GROUP HOLDINGS LTD. et al.,<br><br>                  Defendants. | Case No. 1:24-cv-05335 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff's request for an adjournment of the initial pre-trial conference scheduled for February 11, 2025 is GRANTED. Plaintiffs shall submit a joint letter and a proposed case management plan 30 days after the resolution of Defendants' motion to dismiss.

      The Court will contact the parties about scheduling oral argument in this matter.

Dated: January 31, 2025
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge