UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEMING INTERMEDIATE HOLDINGS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES RIVER GROUP HOLDINGS, LTD., FRANK D'ORAZIO, and SARAH DORAN,<br><br>      Defendants. | Case No. 24 Civ. 5335 (JLR)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated August 14, 2025, and upon all prior papers and proceedings had herein, Plaintiff Fleming Intermediate Holdings LLC, by and through its undersigned counsel, will move this Court, before the Honorable Jennifer L. Rochon, United States District Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007, on a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3, for an Order granting reconsideration of its July 17, 2025 Opinion and Order dismissing Fleming Intermediate Holdings LLC's claims and granting Fleming Intermediate Holdings LLC such other relief as the Court deems just and proper.

Dated: New York, New York
August 14, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Marshall King*

Marshall King
Reed Brodsky
Akiva Shapiro
Michael Nadler
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
RBrodsky@gibsondunn.com
MKing@gibsondunn.com
AShapiro@gibsondunn.com
MNadler@gibsondunn.com

*Attorneys for Plaintiff Fleming Intermediate Holdings LLC*

2